# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-3459
LT Case No. 2018-CF-001625-A

_____

KENNETH ALLEN MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

Kenneth Allen Martinez, Lake Butler, pro se.

No Appearance for Appellee.

June 2, 2026

PER CURIAM.

AFFIRMED. *See Maye v. State*, 51 Fla. L. Weekly S116 (Fla. May 14, 2026).

WALLIS, EDWARDS, and EISNAUGLE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————